

APR 25 2025

Clerk, U.S. District Court
By: N. Cruz          Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BO ZOU                          )
                                )
_____   )
                                )
_____   )
                                )
(Enter above the full name of the Plaintiff(s)  )
                                )
vs.                             )    Case Number 2:25-cv-2231-HLT-RES
                                )
Steven R. Ebberts               )
Name                            )
200 SE 7th St.                  )
Street and number               )
Topeka, KS 66603                )
City        State      ZipCode  )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.      Parties to this civil action:

        (In item A below, place your name in the first blank and place your present address in the
        second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

        A.      Name of plaintiff    BO ZOU

                Address    3500 SW 29th St. Apt. 88
                           Topeka, KS 66614

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _Teresa L. Watson_ is

employed at _the District Court of Shawnee County_

_____

C.    Additional Defendants _Chief Justice Marla Luckert_

_of the Kansas Supreme Court._

_____

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of __Kansas__.

2.    The first-named defendant above is either

a.  a citizen of the State of __Kansas__; or

b.  a corporation incorporated under the laws of the State of

_____ and having its principal place of business

in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of __Kansas__; or

b.    a corporation incorporated under the laws of the State of

_____ and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☐ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

Steven R. Ebberts prohibited me from entering the Courthouse of Shawnee County devasted my Constitution right because there are other offices inside the Courthouse, like

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Around 12/02/2022, district judge (Shawnee County) Teresa L. Watson prohibited me from entering other offices of the district court without an order, a hearing, except clerk office. I appealed to KS Supreme Court, The Chief justice denied my appeal without a reason. On 08/15/2023, chief judge of Shawnee

IV.    Relief:    County Steven R. Ebbert entirely prohibited me from entering the courthouse by fabricating and misrepresenting

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

facts. They devasted my Constitution right.

3

Revoke the ~~injunction~~ injunction ~~of~~ against US Constitution, and impose $7,000.00 punitive monetary and my actual loss.

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes ☒    No ☐

VII.    Do you claim punitive monetary damages?  Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Seven Thousands

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐    No ☒

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

I appealed to the kansas Supreme Court. But Chief Justice, who is without the jurisdiction, Supported the violation of U.S. Constitution and denied my appeal without a reason.

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

BO ZOU
_____
Name (Print or Type)

3500 SW 29th St. Apt. 88
_____
Address    Topeka, KS 66614

5

City       State       Zip Code

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City , or ☐ Topeka} , Kansas as the

                (Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }

                (Select One)

Signature of Plaintiff

Dated: _April 25, 2025_

(Rev. 10/15)

6